UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDOLYN LEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1686** |
| **TATYANA MCGEE, ET AL.** | **SECTION: "I"(5)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's failure to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or comply with a court order.

New Orleans, Louisiana, this 29th day of November, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**